RAYMOND A. YERDON, Appellant, v. HUBERT FORBES, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

## (November 16, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORGAN, Appellant.— The matter is referred to the Legal Aid Society of Broome County, Binghamton, N. Y. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.